# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

Alex Devan Bailey and Crysa Sue Williamson

Debtor(s).

Case No. 18−29497 KRA

Chapter 7

## NOTICE REGARDING CONSIDERATION
## OF REAFFIRMATION AGREEMENT(S)

**TO THE DEBTOR(S) IN THIS BANKRUPTCY CASE:**

One or more reaffirmation agreements have been filed in your bankruptcy case. The Bankruptcy Code[1] and Federal Rules of Bankruptcy Procedure[2] provide that the Court shall hold a hearing on a motion concerning a reaffirmation agreement entered into by debtors who were not represented by an attorney during the course of negotiating the agreement. It is your responsibility to file a motion for approval of a reaffirmation agreement concerning personal property and to request a hearing on the motion or to seek review of any applicable reaffirmation agreement[3]. Attached is the the form for the motion you need to complete and file with the Court.

This notice is intended only to inform you of these requirements and is not a notice of hearing on any reaffirmation agreement. Once you file the motion with the Bankruptcy Court, a hearing will be scheduled by the Court and notice of that hearing will be sent to you and the applicable creditor.

FAILURE TO OBTAIN COURT APPROVAL OF YOUR REAFFIRMATION AGREEMENT RELATING TO PERSONAL PROPERTY RENDERS ANY SUCH AGREEMENT UNENFORCEABLE UNDER 11 U.S.C. § 524(c).

Dated: March 27, 2019

---

[1] 11 U.S.C. § 524(c) and (d).
[2] Federal Rule of Bankruptcy Procedure 4008.
[3] Although the Court does not approve or disapprove agreements relating to real property, a hearing is still required.

**Form 2400B (12/15)** [Motion for Appr of Reaf Agreement]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Alex Devan Bailey and Crysa Sue Williamson

    Debtor(s).

Case No. 18−29497 KRA

Chapter 7

### MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I have filed a reaffirmation agreement between me and _____ (name of creditor) concerning: [ ] Personal Property / [ ] Real Property (check one).

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:


Therefore, I ask the court for a hearing concerning this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

[_]  11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

[_]  11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form 2400A, Reaffirmation Documents)

Signed: _____
        *(Debtor)*

       _____
       *(Joint Debtor, if any)*

Date: _____

File all documents and mail to:

Clerk, U.S. Bankruptcy Court
350 South Main #301
Salt Lake City, UT 84101

United States Bankruptcy Court
District of Utah

In re:  
Alex Devan Bailey  
Crysa Sue Williamson  
      Debtors

Case No. 18-29497-KRA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: mkz     Page 1 of 1     Date Rcvd: Mar 27, 2019  
                     Form ID: f275     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db        +E-mail/PDF: abailey@cresentpointenergy.com Mar 28 2019 02:32:05     Alex Devan Bailey,  
        3528 West 1200 North,    Vernal, UT 84078-8202  
jdb       +E-mail/PDF: abailey@cresentpointenergy.com Mar 28 2019 02:32:05     Crysa Sue Williamson,  
        3528 West 1200 North,    Vernal, UT 84078-8202  
                                                                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:  
           Philip G. Jones tr    trustee@theo7.com,   pjones@ecf.epiqsystems.com;pgj@trustesolutions.net  
           United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 2